denied.

COOK, J., not participating.

**2003-0748. In re Estate of Lanning.**

Mahoning App. No. 00CA110, 2003-Ohio-1438. On motion for stay of execution of sentence. Motion denied.

COOK, J., not participating.

# APPEALS ACCEPTED FOR REVIEW

**2003-0230. Consolo v. Cleveland.**

Cuyahoga App. No. 81117, 2002-Ohio-7065.

RESNICK, COOK and O'CONNOR, JJ., dissent.

**2003-0254. Ft. Frye Teachers Assn. v. State Emp. Relations Bd.**

Washington App. Nos. 02CA31 and 02CA32. Discretionary appeal allowed and cause consolidated with 2003-0207, *Ft. Frye Teachers Assn. v. State Emp. Relations Bd.,* Washington App. Nos. 02CA31 and 02CA32, 2002-Ohio-7219.

RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

**2003-0300. Darby v. A–Best Products Co.**

Cuyahoga App. No. 81270, 2002-Ohio-7070. On discretionary appeal, motion for admission pro hac vice of Ellen Margolis and Danile Markewich by Bruce Mandel for Vilad Corp., and motion for admission pro hac vice of Jon B. Orandorff by Bruce Mandel for Old Orchard Industrial Corp. etc. Discretionary appeal allowed and motions granted.

COOK and LUNDBERG STRATTON, JJ., dissent.

**2003-0362. Taylor v. Kemper Ins. Co.**

Cuyahoga App. No. 81360, 2003-Ohio 177. Discretionary appeal allowed and cause consolidated with 2003-0302, *Taylor v. Kemper Ins. Co.,* Cuyahoga App. No. 81360, 2003-Ohio-177.

RESNICK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003-0391. Wilke v. Montes.**

Ottawa App. No. OT–02–003, 2003-Ohio-217. Discretionary appeal allowed; cause consolidated with 2003-0535, *Wilke v. Montes,* Ottawa App. No. OT–02–003, 2003-Ohio-217; causes held for the decision in 2002-0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; and briefing schedule stayed.

F.E. SWEENEY, concurs but would not hold this cause for 2002-0579.

O'CONNOR, J., concurs but would allow only Propositions of Law Nos. I and II.

RESNICK, J., not participating.

**2003-0392. Pratts v. Hurley.**

Ross App. No. 02CA2674, 2003-Ohio-864. Discretionary appeal allowed and cause consolidated with 2003-0560, *Pratts v. Hurley,* Ross App. No. 02CA2674, 2003-Ohio-864.

F.E. SWEENEY, J., dissents.

**2003-0457. Witt v. Ohio Ins. Guar. Assn.**

Cuyahoga App. No. 80509, 2003-Ohio-278. Discretionary appeal allowed; cause consolidated with 2003-0363, *Witt v. Ohio Ins. Guar. Assn.,* Cuyahoga App. No. 80509, 2003-Ohio-278; causes held for the decision in 2003-0028, *Katz v. Ohio Ins. Guar. Assn.,* Lucas App. No. L–02–1014, 2002-Ohio-6357; and briefing schedule stayed.

F.E. SWEENEY, J., dissents.

**2003-0464. State v. Peoples.**

Franklin App. No. 02AP–363, 2003-Ohio-151. Discretionary appeal allowed; cause consolidated with 2003-0595, *State v. Peoples,* Franklin App. No. 02AP–363, 2003-Ohio-151; and causes to be argued on the same date as the argument in 2003-0358 and 2003-0562, *State v. Kelly,* Muskingum App. No.